PER CURIAM:

In these consolidated cases, Mohammed N. Jilani petitions for writs of habeas corpus, seeking release from jail and dismissal of two indictments issued in Wake County, North Carolina. This court ordinarily declines to entertain original habeas corpus petitions, 18 U.S.C. § 2241 (2012), and these cases present no reason to depart from this practice. Further, we find that the interests of justice would not be served by transferring these cases to the appropriate district court. Accordingly, we deny leave to proceed in forma pauperis and dismiss the petitions. The motions for appointment of counsel, for bail, for evidentiary hearing, and for bail are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DISMISSED*

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Tyndle petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on her 28 U.S.C. § 2255 (2012) motion. She seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis, deny the motion to expedite, and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

**IN RE: Gloria TYNDLE, Petitioner.**

No. 17-1983

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Gloria Tyndle, Petitioner Pro Se.

**IN RE: Michael Lawrence EISNER, Petitioner.**

No. 17-1942

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017